Law Office of Andrew P Rundquist
Andrew P Rundquist SBN 262523
501 W Broadway Suite A144
San Diego CA 92101
Tel. (619)992-9148
andrew@rundquistlaw.com

Attorney for Plaintiff
Tracy R. Horn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY R. HORN,<br><br>          Plaintiff,<br><br>     v.<br><br>ACCESS GROUP, INC. A DELAWARE CORPORATION; and DOES 1-50, Inclusive,<br><br>          Defendant(s). | Case No.  3:17-cv-02016-JAH-RBB<br><br>**NOTICE OF MOTION**<br>**AND MOTION TO REMAND**<br><br>**[28 U.S.C. § 1447(c)]**<br><br>Hearing date:  November 20th, 2017<br>Hearing time: 2:30pm<br>Judge: Hon. John A. Houston<br>Ct.: 13B |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE on November 20, 2017, at 2:30 p.m., or as soon thereafter as the matter may be heard in Court Room 13B of the above-entitled Court, located at 333 West Broadway, Suite 1380, San Diego, California 92101, Plaintiff Tracy R. Horn, will move the Court for (1) an Order remanding this case to the Superior Court of California, County of San Diego and (2) for an Order requiring Defendant, ACCESS GROUP, INC. to pay Plaintiff's costs, actual expenses and attorney's fees incurred as a

result of the improper removal of this case in the amount of $3,100.

     This motion is made pursuant to 28 U.S.C. § 1447(c) and L.R. 7-1 on the ground this Court lacks subject matter jurisdiction to hear this case and Defendant improperly removed this action to federal court.

     This motion is based on this Notice of Motion and Motion to Remand, the Memorandum of Points and Authorities in Support of Motion to Remand, the Declaration of Andrew P. Rundquist in Support of Motion to Remand filed herewith, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial notice.

Date: October 18th, 2017                              Law Office of Andrew P Rundquist

                                                            By: /s/ Andrew P Rundquist
                                                                   Andrew P Rundquist, Esq.

                                                            Attorney for Plaintiff Tracy R. Horn